# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**BILL STREIFER,**

    **Plaintiff,**

**vs.**                                                   **Case No. 4:23cv239-RH-MAF**

**RP ON-SITE, LLC,**

    **Defendants.**

**_____/**

## REPORT AND RECOMMENDATION

This case was initiated on June 5, 2023, ECF No. 1. At that time, Plaintiff was represented by counsel but, subsequently, counsel's motion to withdraw, ECF No. 4, was granted and by Court Order, Plaintiff was given until July 7, 2023, to have an attorney file a notice of appearance on his behalf. ECF No. 5. Nothing further was filed and Plaintiff is deemed to be proceeding pro se.

An Order was entered in late July, providing Plaintiff with guidance in serving the complaint. Because summons was previously issued, ECF No. 3, while Plaintiff was represented by counsel and, thus, the summons was provided to Plaintiff's counsel, the Clerk of Court was directed to re-issue

summons and provide it to Plaintiff with that Order.  ECF No. 6.  Plaintiff was informed that the Defendant must be served with process unless the Defendant waives service of process.  Both Rules were explained, and Plaintiff was informed that service must be completed within 90-days.  *Id.*

On July 21st, Plaintiff's copy of the Order granting his counsel leave to withdraw, ECF No. 5, was returned to the Court as undeliverable.  ECF No. 8.  On August 21st, the Order providing Plaintiff with guidance on service ECF No. 6, was returned as undeliverable.  ECF No. 9.  The mail stamp states only "return to sender - not deliverable as addressed - unable to forward."  *Id.*  The Court has confirmed that the prior two Orders were sent to Plaintiff at the same address[1] provided by his former counsel.  *See* ECF No. 4 at 2.  This case cannot continue if Plaintiff is unable to receive mail from this Court.  Accordingly, sufficient time has passed for Plaintiff to have contacted this Court if he desired to proceed.  Because he has not done so, this case should now be dismissed for failure to prosecute.

---

[1] The address is Bill Streifer at 2650 Municipal Way, Tallahassee, Florida 32304. ECF No. 4 at 2.  Judicial notice is taken that the address is for the Kearney Center, a facility for individuals experiencing or, on the verge of, homelessness.

Case No. 4:23cv239-RH-MAF

## RECOMMENDATION

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on September 27, 2023.

 S/    Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**