IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BILL STREIFER,

    Plaintiff,

v.                                    CASE NO. 4:23cv239-RH-MAF

RP ON-SITE, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 10. The plaintiff has not objected or otherwise responded, even after the additional efforts to provide him copies of the relevant orders and report and recommendation. See ECF No. 12. Upon consideration,

    IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice for failure to prosecute." The clerk must close the file.

SO ORDERED on January 5, 2024.

s/Robert L. Hinkle  
United States District Judge